AO 245C   (Rev. 3/01) Sheet 1—Amended Judgment in a Criminal Case

**FILED**
SEP 21 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## Southern District of California

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Gabriel Loaiza (04) | CASE NUMBER: 01CR1953-W |

REGISTRATION NO.   76929198
Date of Original Judgment:   8/1/03
(Or Date of Last Amended Judgment)

Errol Henry Stambler
Defendant's Attorney

| | | | |
|---|---|---|---|
| | Correction of Sentence on Remand (Fed. R. Crim. P. 35(a)) | | Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e)) |
| X | Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b)) | | Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1)) |
| | Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c)) | | Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2)) |
| | Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36) | | Direct Motion to District Court Pursuant to |
| | | | 28 U.S.C. § 2255       18 U.S.C. § 3559(c)(7) |
| | | | Modification of Restitution Order |

**THE DEFENDANT:**

[X] pleaded guilty to count(s)   one and three of the indictment
[ ] was found guilty on count(s) _____
    after a plea of not guilty.
    Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Possess Cocaine With Intent to Distribute | 1 |
| 18 USC 924(c)(1) and 18 USC 2 | Use and Carrying of a Firearm During the Commission of a Drug Trafficking Crime & Aiding and Abetting | 3 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Assessment: $200.00, payable forthwith, if not already paid.
[X] Fine Ordered waived

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 21, 2009
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B     (Rev. 9/00) Judgment in Criminal Case
               Sheet 2 — Imprisonment

DEFENDANT:    Gabriel Loaiza            Judgment — Page   2   of   4
CASE NUMBER:   01CR1953-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 108 months on count one, 60 months on count three, to run consecutively. Sentence to run concurrently with the sentence imposed in CR041131.

The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

     The defendant shall surrender to the United States Marshal for this district:

        at _____ ☐ a.m. ☐ p.m. on _____ .

        ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons or to the US

        ☐ before 2 p.m. on _____ .

        ☐ as notified by the United States Marshal.

        ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                               By _____
                                                  DEPUTY UNITED STATES MARSHAL

DEFENDANT: GABRIEL LOAIZA (04)
CASE NUMBER: 01CR1953-W

Judgment—Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years ct 1, 3 years ct 3, concurrently.

### MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B Case 3:01-cr-01953-W Document 144 Filed 09/21/09 PageID.684 Page 4 of 4
(Rev. 06) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

DEFENDANT: GABRIEL LOAIZA (04)
CASE NUMBER: 01CR1953-W

Judgment—Page 4 of 5

## SPECIAL CONDITIONS OF SUPERVISION

__X__ The defendant shall not possess firearms, explosive devices, or other dangerous weapons.

__X__ The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

__X__ The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

__X__ The defendant shall not enter the Republic of Mexico without the permission of the probation officer.